**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

VOLCY HARDAWAY,

    Petitioner,

v.

UNITED STATES OF AMERICA and
WARDEN DAVID EBBERT,

    Respondents.

CIVIL ACTION NO. 3:12-CV-2168

(JUDGE CAPUTO)

## ORDER

**NOW** this 4th day of February, 2013, after consideration of the Magistrate Judge's Report and Recommendation (Doc. 5), **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 5) is **ADOPTED.**

(2)    The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Middle District of Florida for further disposition.

(3)    The Clerk of Court is directed to **CLOSE** the case in this district.

/s/ A. Richard Caputo

A. Richard Caputo
United States District Judge